IN RE FISCHER.

No. 229.   Decided June 3, 1968.

*David I. Sindell* for appellant.

*John T. Corrigan* and *Frederick W. Frey* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted, the judgment vacated, and the case remanded for further consideration in light of *In re Gault,* 387 U. S. 1.

MR. JUSTICE BLACK dissents.

SKOLNICK ET AL. *v.* MOSES ET AL.

No. 1330.   Decided June 3, 1968.

*Peter S. Sarelas,* appellant, *pro se.*

PER CURIAM.

The judgment is affirmed.